# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JOHN DOE                                                                                                         PLAINTIFF(S)

VS.                                          Case No. 4:15CV00640  SWW

AVID LIFE MEDIA, INC., ET AL                                                                    DEFENDANT(S)

## **ORDER**

The Clerk is directed to reassign the above styled case, currently assigned to the docket of Judge Susan Webber Wright, due to her senior status.

IT IS SO ORDERED this 19th day of October 2015.

                                            AT THE DIRECTION OF THE COURT
                                            JAMES W. McCORMACK, CLERK

                                            BY:  /s/ Cecilia Norwood
                                                 Courtroom Deputy to
                                                 U.S. District Judge Susan Webber Wright